# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,
    Plaintiff,

-vs-

HICHAM EL-JURDI,
    Defendant.

Case No. 08-cr-20588-PJD-MKM
Assigned To: Dist. Ct. Judge Patrick J. Duggan
Referred to: Mag. Mona K. Majzoub

| CHRISTOPHER L. VARNER | ELIAS MUAWAD (P41632) |
|---|---|
| Assistant US Attorney | Attorney for Defendant |
| US Department of Justice | 36700 Woodward Avenue, Suite 209 |
| 211 W. Fort Street, #2300 | Bloomfield Hills, Michigan 48304 |
| Detroit, Michigan 48226 | (248) 594 - 4700 |
| (313) 226 - 9100 | elias@muawadpc.com |
| christopher.varner@usdoj.gov | |

## *ORDER ALLOWING DEFENDANT'S PRETRIAL SERVICES TO BE TRANSFERRED TO THE HOUSTON, TX AREA*

AT A SESSION OF SAID COURT HELD
IN THE CITY OF DETROIT, COUNTY OF WAYNE,
STATE OF MICHIGAN, ON May 13, 2010.

PRESENT: HON. PATRICK J. DUGGAN.
**U.S. DISTRICT CT JUDGE**

The Court being fully advised in the premises and upon a reading of the parties' Stipulation herein orders that the Defendant, Hicham El-Jurdi, be and is hereby allowed to move to the State of Texas and live in the Houston area to be supervised by the Federal Court Pretrial Services located in the Houston area.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: May 13, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 13, 2010, by electronic and/or ordinary mail.
    s/Marilyn Orem
    Case Manager